UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA          :
                                        :      23-CR-562 (VEC)
        -against-                    :
                                        :      <u>ORDER</u>
  FABJAN ALAMETI,                      :
                          Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 13, 2025, Probation charged Mr. Alameti with violations of supervised release;

       WHEREAS the Court scheduled a status conference for Tuesday, March 25, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007;

       WHEREAS David Stern is the CJA attorney on duty on March 25, 2025;

       WHEREAS Mr. Stern advised the Court that his colleague, Robert Soloway, will be covering for him on March 25, 2025;

       IT IS HEREBY ORDERED that Mr. Stern is appointed to represent Mr. Alameti pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Mr. Stern is directed to file a notice of appearance and contact Mr. Alameti promptly.

       IT IS FURTHER ORDERED that Probation is directed to send Mr. Stern and the Government its March 13, 2025, report.

**SO ORDERED.**

**Dated: March 20, 2025**
      **New York, NY**

_____
         **VALERIE CAPRONI**
        **United States District Judge**