UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
　　UNITED STATES OF AMERICA　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　23-CR-562 (VEC)
　　　　　-against-　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
　　FABJAN ALAMETI,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendant.　　　　　:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on March 25, 2025, the parties and Probation appeared before the Court for a conference at which Mr. Alameti admitted to the first, second, and third specifications set forth in Probation's March 13, 2025, report.

　　IT IS HEREBY ORDERED that Mr. Alameti will be sentenced on **Thursday, May 22, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions must be filed not later than **Thursday, May 8, 2025**.

**SO ORDERED.**

**Dated: March 25, 2025**
　　　　**New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**