UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :
                                                      :        23-CR-562 (VEC)
              -against-                  :
                                                      :           <u>ORDER</u>
   FABJAN ALAMETI,                       :
                                             Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 18, 2025, Probation filed a report.

       IT IS HEREBY ORDERED that the parties must appear for a conference on **Tuesday, October 7, 2025, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated: **September 22, 2025**
       New York, NY

                                                                    **VALERIE CAPRONI**
                                                              **United States District Judge**