UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA        :

                                                  :      23-CR-562 (VEC)
        -against-                   :

                                                  :      <u>ORDER</u>
    FABJAN ALAMETI,                :

                              Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the parties must appear for a conference on **Friday, January 23, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Probation must provide the Court with a status update via e-mail not later than **Friday, January 16, 2026**.

**SO ORDERED.**

Dated: October 7, 2025
      New York, NY

                                                                     **VALERIE CAPRONI**
                                                            **United States District Judge**