UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                 :

                                            :                 23-CR-562 (VEC)

         -against-                    :

                                            :                 <u>ORDER</u>

FABJAN ALAMETI,                          :

                                          :

                         Defendant.        :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 23, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that the parties must appear for a conference on **Friday,**

**April 24, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: January 23, 2026**
      **New York, NY**

                                         **VALERIE CAPRONI**
                               **United States District Judge**