UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

UNITED STATES OF AMERICA    :

    :      23-CR-562 (VEC)

-against-    :

    :      ORDER

FABJAN ALAMETI,    :

    :

Defendant.    :

---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 24, 2026, the parties appeared for a conference.

IT IS HEREBY ORDERED that the parties must appear for a conference on **Friday, October 23, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Probation must send the Court a status update not later than **Friday, October 16, 2026**.

**SO ORDERED.**

**Dated: April 24, 2026**
    **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**