UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>FABJAN ALAMETI,<br><br>Defendant. | | 23-CR-562 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the conference currently scheduled for October 23, 2026, is ADJOURNED to **Tuesday, December 1, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that counsel for Defendant, David M. Stern, Esq., must show cause not later than **Friday**, **October 30, 2026,** explaining why he should not be sanctioned for failing to request an adjournment for the conference scheduled for today when he knew he was otherwise engaged with a trial in the Eastern District of New York.

**SO ORDERED.**

**Dated: October 23, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**